# KLAYMAN LAW GROUP
### A PROFESSIONAL ASSOCIATION

Larry Klayman, Esq.                    7050 W. Palmetto Park Rd                    Tel: 561-558-5336
                                       Boca Raton, FL, 33433

Via Federal Express

March 21, 2021

Honorable Beryl Howell
Chief Judge, U.S. District Court for the District of Columbia
333 Constitution Ave NW
Washington DC 20001

**Re**: *Random Assignment of Cases Filed by Larry Klayman*

Dear Judge Howell:

I am writing to inquire about how each of the important cases that I recently filed were came to be assigned to the Honorable Amy Berman Jackson ("Judge Jackson"). These cases are *Klayman v. Blackburne-Rigsby et al*, 1:21-cv-409 and *Klayman v. Kaiser et al*, 1:21-cv-727. In the *Blackburne-Rigsby* case, I asked Judge Jackson, when I filed a Motion for Disclosure, how this case came to be assigned to her, but she declined to provide a substantive response. I am therefore writing to you in this regard, as I have a right to know whether you had them assigned to her as the chief judge, or some other administrative mechanism was in play.

I would also like to inquire how a third case styled *Klayman v. Porter et al*, 1:20-cv-3109 came to be assigned to the Honorable Randolph Moss.

Please therefore advise how these three cases were "assigned," as it would appear and it is statistically unlikely that they were not assigned by random assignment.

Thank you for your courtesy and cooperation with a prompt response.

Finally, I hope that you are well.

Sincerely,

Larry Klayman, Esq.