IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN<br><br>　　　　Plaintiff,<br>v.<br><br>JULIA PORTER, HAMILTON FOX III, and<br>LAWRENCE BLOOM<br><br>　　　　Defendants. | **Case Bo.: 20-cv-3109, consolidated with**<br>Case No. 20-cv-3579 |

## NOTICE OF FILING

Plaintiff Larry Klayman hereby files the attached Letter to Clerk Angela Caesar in order to create a record and preserve his rights on appeal, should the need arise.

Date: July 26, 2021　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 */s/ Larry Klayman*
　　　　　　　　　　　　　　　　　　　　　　Larry Klayman
　　　　　　　　　　　　　　　　　　　　　　7050 W. Palmetto Park Rd
　　　　　　　　　　　　　　　　　　　　　　Boca Raton, FL, 33433
　　　　　　　　　　　　　　　　　　　　　　Tel: (561)-558-5336
　　　　　　　　　　　　　　　　　　　　　　Email: leklayman@gmail.com

　　　　　　　　　　　　　　　　　　　　　　Plaintiff Pro Se

1

## **CERTIFICATE OF SERVICE**

     I, Larry Klayman, hereby certify that on this day, July 26, 2021 a copy of the foregoing was filed via this Court's e-filing system and served upon all parties and/or counsel of record through Notices of Electronic Filing.

                                                  */s/ Larry Klayman*
                                                  Larry Klayman

# KLAYMAN LAW GROUP
## A PROFESSIONAL ASSOCIATION

Larry Klayman, Esq.         7050 W. Palmetto Park Rd         Tel: 561-558-5336
Boca Raton, FL, 33433

July 26, 2021

Via Email

Ms. Angela D. Caesar
Clerk of Courts
U.S. District Court for the District of Columbia
333 Constitution Ave NW
Washington, D.C. 20001

Re: *Klayman v. Porter, et al*, 20-cv-3109-DLF

Dear Ms. Caesar:

I cannot consent to waive the conflict of interest pursuant to Canon 3D of the Code of Conduct for United States Judges of the Honorable Dabney Friedrich. Indeed, given her having presided on the Attorney Grievance Panel for AG No. 21-07, *In re: Klayman,* and while also presiding over *Klayman v. Porter et al*, 20-cv-3109, she also had a conflict of interest in taking part in this disciplinary proceeding, and thus violated Canon 3D of the Code of Conduct for United States Judges there as well.

In addition to my denial of the requested waiver, I will be seeking an investigation of Judge Friedrich's conduct in *Klayman v. Porter et. al*, since she failed to address, as requested, the false and perjurious affidavits submitted by Bar Disciplinary Counsel Hamilton Fox, Deputy Bar Counsel Julia Porter, and Senior Staff Attorney Lawrence Bloom in *Klayman v. Porter et. al*, as well as the involvement of their counsel, who appear to have suborned this perjury. This egregious matter was submitted to the District of Columbia Bar disciplinary apparatus to investigate, but predictably it circled the wagons and refused to even conduct an investigation of this, arrogantly claiming as usual that they and their counsel have absolute immunity to do as they please without consequence.

I will also be filing suit to enjoin the findings and temporary suspension order of the Attorney Grievance Panel for AG No. 21-07 in violation of my due process, equal protection and other rights. A review of the order of July 23, 2021 demonstrates that there was little to no review of the record and the panel simply rubber stamped a District of Columbia Bar Board of Professional Responsibility report and recommendation, where, as just one example of this contrived and cooked proceeding," an avowed and discredited communist Michael Tigar (as Bob Woodward wrote in his seminal book on the Supreme Court "Brethren" Tigar had been fired years ago as a clerk to Justice William Brennan for his subversive ties to the Castros), incredibly sat in "judgment" of me, a conservative activist and lawyer. In addition, they ignored a mountain of

material exculpatory evidence, such as the hard fact that two other bars had dismissed identical complaints nearly 12 years ago, notwithstanding the conclusive admissions of the complainant, Ms. Elham Sataki, as well as expert testimony from now deceased legal ethics expert Ronald Rotunda, then the foremost professional ethics expert in the legal profession, who found that I had committed no ethics violations. These are just a few examples of these jurists' dereliction of their judicial oath to be fair and unbiased, as well as diligent.

In short, the conduct and ruling of the panel, which included Judge Friedrich, and two other Trump appointed judges, Timothy Kelly and Trevor McFadden who I have been highly critical of, as I wrote about in my recent book, "It Takes a Revolution: Forget the Scandal Industry!, exhibit a complete violation of their oath of office and are unethical in and of themselves, notwithstanding the violation of my constitutional and other rights. It would appear that the panel, which comprised three Trump appointees, was concocted to create the appearance of fairness, as I am a supporter of President Trump. Regrettably as I write in my book, Trump's appointees, recommended to him by establishment Republican lobbyists, and other special interests, with their nominations furthered with campaign contributions to politicians, were not what he thought they would be. During the 2020 election challenges they even threw him under the bus, unwilling to stick their necks out to preserve their "standing" in the incestuous world of the nation's capital. It would thus appear that the unethical, unconstitutional and illegal temporary suspension order was in retaliation for my strong criticism of the judges on the panel in AG No. 21-07 in my book.

Thus, I cannot agree to waive Judge Friedrich's presiding over *Klayman v. Porter et al*, 20-cv-3109 and to the contrary will be pursuing all appropriate legal actions to assert and protect my rights to a fair adjudication of my status to practice before your honorable Court and other fora. In this regard, I cannot be prevented from pursuing legal remedies pro se, no matter how much Judge Friedrich and the other federal judges on the panel want to prevent me from practicing for my clients in your otherwise honorable Court.

Lastly, to create a record for review and preserve and protect my rights, I am filing this letter in AG No. 21-07, as well as *Klayman v. Porter et al*, 20-cv-3109.

Sincerely,

Larry Klayman, Esq.

cc:   Mark MacDougall, Esq.
      Caroline Wolverton, Esq.