Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LARRY KLAYMAN

                    Plaintiff

                                              Civil No.          20-3109      (RBW)

          vs.

JULIA PORTER et al                    Category    B

                    Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on ___7/27/2021___ from _Judge Dabney L. Friedrich_____

to _Judge Reggie B. Walton_____ by direction of the Calendar Committee.

                    (Randomly Reassigned)

                                              JUDGE RUDOLPH CONTRERAS
                                              Chair, Calendar and Case
                                              Management Committee

cc:       Judge Dabney L. Friedrich_____ & Courtroom Deputy

          Judge Reggie B. Walton_____ & Courtroom Deputy
          Liaison, Calendar and Case Management Committee