IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARRY KLAYMAN

    Plaintiff,

v.

JULIA PORTER, HAMILTON FOX III, and
LAWRENCE BLOOM

    Defendants.

CASE NOS: 20-cv-3109

## MOTION FOR EXTENSION OF TIME

Plaintiff Larry Klayman, Esq., hereby moves for a ten day extension of time, until and including January 31, 2022 for him to respond to Defendants' Motion for Interim Relief. ECF No. 64. Mr. Klayman recently contracted COVID-19 and was highly symptomatic and had to quarantine for over ten days. He is still currently symptomatic as well. This has resulted in an accumulation of tasks that he has not been able to attend to during this quarantine period.

Mr. Klayman sought consent from counsel for Defendants on January 14, 2022, but they have not indicated whether they consent or not. This correspondence is attached hereto.

Date: January 18, 2022

                                  Respectfully submitted,

                                  /s/ Larry Klayman
                                  Larry Klayman, Esq.
                                  7050 W. Palmetto Park Rd
                                  Boca Raton, FL, 33433
                                  Tel: (561)-558-5336
                                  Email: leklayman@gmail.com

1

Plaintiff Pro Se

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, January 18, 2022 a copy of the foregoing was filed in person at the office of the clerk and served via email to counsel of record at:

cwolverton@akingump.com
mmacdougall@akingump.com
samantha.block@akingump.com

_____<br>Larry Klayman