AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Larry Klayman | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03109-RDM |
| Julia Porter, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Julia Porter, Hamilton Fox III and Lawrence Bloom                                      .

Date:   03/07/2022

/s/ Thomas P. McLish
*Attorney's signature*

Thomas P. McLish (Bar No. 450993)
*Printed name and bar number*

Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, D.C. 20006
*Address*

tmclish@akingump.com
*E-mail address*

(202) 887-4000
*Telephone number*

(202) 887-4288
*FAX number*