IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JULIA PORTER, HAMILTON P. FOX, III, )<br>LAWRENCE K. BLOOM, MATTHEW )<br>KAISER )<br>)<br>Defendants. )<br>) | Case No. 20-cv-03109-RBW, consolidated with Case Nos. 20-cv-3579, 20-cv-0965 |

## MOTION TO RESCHEDULE HEARING DATE DUE TO COURT CONFLICT

Defendants Julia Porter, Hamilton P. Fox, III, and Lawrence K. Bloom ("Movants") respectfully request to reschedule the date of the June 3, 2022 hearing set by the Court's March 1, 2022 minute order to another date close in time.

Movants have good cause for their request. On June 3, 2022, undersigned counsel for Movants have a previously scheduled hearing in a death penalty matter.

Per Local Rule 7(m), Movants have consulted with the other parties in this case regarding their positions and dates of availability. Counsel for Defendants are available any other date in May and June, aside from May 3–9, June 6, and June 9–10. Plaintiff did not respond to Movants' request for his availability and position.

Dated: April 5, 2022

Respectfully submitted,

/s/ *Mark J. MacDougall*
Mark J. MacDougall (D.C. Bar No. 398118)
Caroline L. Wolverton (D.C. Bar No. 496433)
Samantha Block (D.C. Bar No. 1617240)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, NW
Washington, DC 20006-1037

Tel: (202) 887-4000
Fax: (202) 887-4288
mmacdougall@akingump.com
cwolverton@akingump.com
samantha.block@akingump.com

*Counsel for Defendants Julia Porter, Hamilton P. Fox, III, Lawrence K. Bloom*