# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN,<br><br>Plaintiff,<br><br>v.<br><br>JULIA PORTER, HAMILTON P. FOX, III, LAWRENCE K. BLOOM, MATTHEW KAISER,<br><br>Defendants. | Lead Case No. 20-cv-3109-RBW, consolidated with Case Nos. 20-cv-3579 and 20-cv-0965 |

## NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT MATTHEW KAISER

Pursuant to Local Rule 83.6 (b), please withdraw the notice of appearance filed by Benjamin B. Klubes of Buckley LLP on behalf of Defendant Matthew Kaiser. Mr. Kaiser will continue to be represented by Preston Burton of Buckley LLP. Mr. Kaiser has been apprised of this withdrawal and has signed his consent below.

**Date**: May 6, 2022                Respectfully Submitted,

**BUCKLEY LLP**

*/s/ Preston Burton*
Preston Burton (Bar No. 426378)
Benjamin B. Klubes (Bar No. 428852)
2001 M St NW, Suite 500
Washington, DC 20036
pburton@buckleyfirm.com
bklubes@buckleyfirm.com
(202) 349-8000

*Counsel for Defendant Matthew Kaiser*

_____
Matthew Kaiser

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2022, I caused a copy of the foregoing Notice of Withdrawal of Counsel to be filed and served by electronic means, through the Court's CM/ECF system, upon all registered counsel of record.

                                          */s/ Preston Burton*
                                          Preston Burton (Bar No. 426378)