UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY ELLIOT KLAYMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-3109 (RBW) |
| ) | |
| JULIA PORTER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the plaintiff's Motion to Consolidate Interrelated Motions to be Heard at Hearing Now Set for June 29, 2022, it is hereby

**ORDERED** that the plaintiff's Motion to Consolidate Interrelated Motions to be Heard at Hearing Now Set for June 29, 2022, ECF No. 79, is **GRANTED IN PART AND DENIED IN PART**. It is further

**ORDERED** that the plaintiff's motion is **GRANTED** to the extent that it seeks consideration of the plaintiff's Cross-Motion for Sanctions, ECF No. 67, at the motions hearing scheduled for June 29, 2022. It is further

**ORDERED** that the plaintiff's motion is **DENIED** in all other respects.

**SO ORDERED** this 27th day of June, 2022.

REGGIE B. WALTON
United States District Judge