IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN<br><br>           Plaintiff,<br>v.<br><br>JULIA PORTER, HAMILTON FOX III, and LAWRENCE BLOOM<br><br><br>           Defendants. | **CASE NOS: 20-cv-3109, 21-3579, 21-965** |

## NOTICE OF APPEAL

Plaintiff Larry Klayman ("Mr. Klayman") hereby appeals the Court's June 29, 2022 order precluding Mr. Klayman from filing any additional lawsuits based upon the previous and pending D.C. Bar proceedings against him. Exhibit 1. This is being appealed pursuant to 28 U.S. Code § 1292, as the Court's June 29, 2022 order effectively grants the Defendants' Motion for Preliminary Injunction, without an evidentiary hearing and thus due process for Plaintiff Larry Klayman, as there are disputed factual issues which must be presented with sworn oral testimony and documentary evidence, before this Court can rule after an evidentiary hearing, as well as alleged facts that were misrepresented by Defendants' counsel and apparently accepted as true, without more, by the Court, during the oral argument of June 29, 2022.

Moreover, Plaintiff Larry Klayman was not permitted requested discovery before this order of June 29, 2022, was issued.

1

These grounds for appeal are not exclusive and all such grounds for appeal will be set forth in briefing before the U.S. Court of Appeals for the District of Columbia Circuit.

An expedited copy of the transcript of this oral argument has been ordered for purposes and uses, among others, of this appeal.

Date: June 29 2022

Respectfully submitted,

/s/ Larry Klayman
Larry Klayman, Esq.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: (561)-558-5336
Email: leklayman@gmail.com

Plaintiff Pro Se

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, June 29, 2022 a copy of the foregoing was filed using the Court's ECF system and served on counsel for all parties via the Court's ECF system.

/s/ Larry Klayman