# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | )  |  |
|---|---|---|
| LARRY ELLIOT KLAYMAN, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 20-3109 (RBW) |
| JULIA PORTER, et al., | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the motions hearing held on June 29, 2022, it is hereby

**ORDERED** that, pending a final ruling by the Court on the pending motions in this case, the plaintiff is precluded from filing any additional lawsuits based upon the previous and pending D.C. Bar proceedings against him. It is further

**ORDERED** that the Clerk of Court shall forthwith mail a copy of this Order to the plaintiff's address on record.

**SO ORDERED** this 29th day of June, 2022.

REGGIE B. WALTON
United States District Judge
