### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN<br><br>        Plaintiff,<br>v.<br><br>JULIA PORTER, HAMILTON FOX III, and LAWRENCE BLOOM<br><br><br>        Defendants. | CASE NOS: 20-cv-3109, 21-3579, 21-965 |

### NOTICE OF REQUEST FOR CLARIFICATION AND/OR CORRECTION

Plaintiff Larry Klayman ("Mr. Klayman") hereby respectfully requests the Court to correct and/or clarify via a minute order that the hearing of June 29, 2022 was only a motion hearing, and not an evidentiary hearing, as there was no evidence presented and no witnesses called.

In the ECF notice of the minute entry of the hearing of June 29, 2022, the subject line erroneously stated that the hearing was an "evidentiary hearing," but the minute entry itself states that it was a "motion hearing." This distinction is critical for the purpose of appeal, as Mr. Klayman was wrongly denied the required evidentiary hearing before preliminary injunctive relief was ordered abridging his constitutional rights to seek redress for any future grievances against the Defendants' for their unethical and illegal conduct to harm him,  so Mr. Klayman respectfully requests an order immediately correcting and/or clarifying this erroneous heading

showing only that the June 29, 2022 hearing was not an evidentiary hearing, but was only a motion hearing.

Date: June 30, 2022                                       Respectfully submitted,

                                                          /s/ Larry Klayman
                                                          Larry Klayman, Esq.
                                                          7050 W. Palmetto Park Rd
                                                          Boca Raton, FL, 33433
                                                          Tel: (561)-558-5336
                                                          Email: leklayman@gmail.com

                                                          Plaintiff Pro Se

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, June 30, 2022 a copy of the foregoing was filed using the Court's ECF system and served on counsel for all parties via the Court's ECF system.

                                                          /s/ Larry Klayman