IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN<br><br>    Plaintiff,<br>v.<br><br>JULIA PORTER, HAMILTON FOX III, and LAWRENCE BLOOM<br><br><br>    Defendants. | CASE NOS: 20-cv-3109, 21-3579, 21-965 |

**PLAINTIFF LARRY KLAYMAN'S INTERIM RESPONSE TO DEFENDANTS' SUBMISSION IN RESPONSE TO QUESTIONS RAISED BY THE COURT DURING TELEPHONIC HEARING OF JUNE 29, 2022**

  Plaintiff Larry Klayman ("Mr. Klayman") will be responding substantively to the Defendants' Submission in Response to Questions Raised by the Court During Telephonic Hearing of June 29, 2022 once he receives a transcript, which the court reporter has promised by COB this Friday, with regard to the non-evidentiary hearing of June 29, 2022.

  A combined response to the false and misleading statements made at the non-evidentiary hearing and the false misleading and irrelevant statements made in Defendants' Submission in Response to Questions Raised by the Court During Telephonic Hearing of June 29, 2022 will be addressed by COB July 12, 2022.

  A full and accurate recitation of the facts and the law is required as a matter of due process, equal protection and fundamental fairness.

1

Date: July 5, 2022                                          Respectfully submitted,

                                                           */s/ Larry Klayman*
                                                           Larry Klayman, Esq.
                                                           7050 W. Palmetto Park Rd
                                                           Boca Raton, FL, 33433
                                                           Tel: (561)-558-5336
                                                           Email: leklayman@gmail.com

                                                           Plaintiff Pro Se

## **CERTIFICATE OF SERVICE**

      I, Larry Klayman, hereby certify that on this day, July 5, 2022 a copy of the foregoing was filed using the Court's ECF system and served on counsel for all parties via the Court's ECF system.

                                                                                      */s/ Larry Klayman*