IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN<br><br>    Plaintiff,<br>v.<br><br>JULIA PORTER, HAMILTON FOX III, and LAWRENCE BLOOM<br><br>    Defendants. | CASE NOS: 20-cv-3109, 21-3579, 21-965 |

**PLAINTIFF LARRY KLAYMAN'S FILING OF COURT TRANSCRIPT OF NON-EVIDENTIARY HEARING OF JUNE 29, 2022, ENTERING A PRELIMINARY INJUNCTION AND INTERIM STATUS REPORT**

  Plaintiff Larry Klayman ("Mr. Klayman") hereby files the transcript of the non-evidentiary hearing of June 29,2022, whereby this court entered what amounts to a preliminary injunction, which ruling is now up on appeal to the U.S. Court of Appeals for the District of Columbia Circuit and will be fully briefed and argued before it.

  In the interim, Plaintiff had advised this Court that it would respond to the misleading and sometime outright false representations in Defendants' Submission in Response to Questions Raised by the Court During Telephonic Hearing of June 29, 2022

  Due to the press of some urgent client matters, Plaintiff's response will be made by Wednesday, July 20, 2022, and is apart from his pending appeal and in furtherance of his cross motion for sanctions and related pleadings, particularly since Defendants' counsel presents an

1

intentionally inaccurate recitation designed to confuse this Court of alleged irrelevant pending disciplinary and legal actions that bear on the ultimate issues and interim relief imposed by this court, now on appeal

Date: July 12, 2022                                         Respectfully submitted,

                                                            */s/ Larry Klayman*
                                                            Larry Klayman, Esq.
                                                            7050 W. Palmetto Park Rd
                                                            Boca Raton, FL, 33433
                                                            Tel: (561)-558-5336
                                                            Email: leklayman@gmail.com

                                                            Plaintiff Pro Se

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, July 12, 2022 a copy of the foregoing was filed using the Court's ECF system and served on counsel for all parties via the Court's ECF system.

                                                            */s/ Larry Klayman*