**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

———————————————————————)
                                                          )
LARRY ELLIOT KLAYMAN,                   )
                                                          )
                    Plaintiff,                        )
                                                          )
        v.                                               )        Civil Action No. 20-3109 (RBW)
                                                          )
JULIA PORTER, et al.,                          )
                                                          )
                                                          )
                    Defendants.                   )
———————————————————————)
                                                          )
LARRY ELLIOT KLAYMAN,                   )
                                                          )
        Plaintiff,                                    )
                                                          )
v.                                                       )        Civil Action No. 20-3579 (RBW)
                                                          )
JULIA PORTER, et al.,                          )
                                                          )
                                                          )
                    Defendants.                   )
———————————————————————)
                                                          )
LARRY ELLIOT KLAYMAN,                   )
                                                          )
        Plaintiff,                                    )
                                                          )
v.                                                       )        Civil Action No. 21-965 (RBW)
                                                          )
MATTHEW KAISER, et al.,                    )
                                                          )
                                                          )
                    Defendants.                   )
———————————————————————)

## ORDER

On June 29, 2022, the Court held a hearing regarding several pending motions in this

case.  See Min. Entry (June 29, 2022).  Following this hearing, the Court issued an order, which

stated that, "pending a final ruling by the Court on the pending motions in this case, the plaintiff is precluded from filing any additional lawsuits based upon the previous and pending D.C. Bar proceedings against him."  Order at 1 (June 29, 2022), ECF No. 81.  The plaintiff subsequently filed a Notice of Appeal regarding this order.  See Notice of Appeal at 1, ECF No. 82.  The plaintiff then filed a Notice of Request for Clarification and/or Correction, ECF No. 84, requesting that the Court "correct and/or clarify via a minute order that the hearing of June 29, 2022 was only a motion hearing, and not an evidentiary hearing."  Notice of Request for Clarification and/or Correction at 1, ECF No. 84.  However the June 29, 2022 hearing is consistently referenced as a motions hearing.  See Order at 1 (May 19, 2022), ECF No. 78 (ordering that "on June 29, 2022, at 2:00 p.m., the parties shall appear for a motions hearing"); Order at 1 (June 29, 2022), ECF No. 81 ("In accordance with the oral rulings issued by the Court at the motions hearing held on June 29, 2022, . . . ."); Min. Entry (June 29, 2022) (referring to the June 29, 2022 hearing as a "Motion Hearing").  Therefore, no clarification or correction is needed.

        Accordingly, it is hereby

        **ORDERED** that the plaintiff's Notice of Request for Clarification and/or Correction, ECF No. 84, is **DENIED**.  It is further

        **ORDERED** that the Clerk of Court shall forthwith mail a copy of this Order to the plaintiff's address on record.

        **SO ORDERED** this 21st day of July, 2022.


                                        REGGIE B. WALTON
                                        United States District Judge