UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LARRY ELLIOT KLAYMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-3109 (RBW) |
| | ) | |
| JULIA PORTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| LARRY ELLIOT KLAYMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-3579 (RBW) |
| | ) | |
| JULIA PORTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| LARRY ELLIOT KLAYMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 21-965 (RBW) |
| | ) | |
| MATTHEW KAISER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that the Defendants' Motion for an Injunction Against Vexatious Litigation by Plaintiff, ECF No. 21, is **GRANTED**.  It is further

**ORDERED** that, without first making application to and receiving the consent of this Court or any other court where additional litigation is proposed to be pursued, the plaintiff is **ENJOINED** from:

(1) filing, in any federal court, any new action, complaint, or claim for relief concerning any matter derived from the plaintiff's disciplinary proceedings which are the subject of this case as well as Klayman v. Fox, Civil Action No. 18-cv-1579; Klayman v. Lim, Civil Action No. 18-cv-2209; and Klayman v. Porter, No. 2020 CA 000756 B, and against the defendants; their employer, the Office of the Disciplinary Counsel; current and former employees of the office of Disciplinary Counsel, the Board of Professional Responsibility; or any D.C. Bar officials; or

(2) serving or causing to be served any of the defendants with a subpoena or any other instrumentality of civil discovery in any other legal proceeding concerning any matter derived from the plaintiff's disciplinary proceedings which are the subject of this case as well as Klayman v. Fox, Civil Action No. 18-cv-1579; Klayman v. Lim, Civil Action No. 18-cv-2209; and Klayman v. Porter, No. 2020 CA 000756 B.

It is further

**ORDERED** that the Defendants' Joint Motion to Dismiss, ECF No. 58, is **GRANTED**.  It is further

**ORDERED** that the Defendants' Motion for Interim Relief, ECF No. 64, is **DENIED AS MOOT**.  It is further

**ORDERED** that the plaintiff's Cross-Motion for Sanctions, ECF No. 67, is **DENIED**.  It is further

**ORDERED** that the defendants' Motion to Strike Plaintiff's "Reply to Defendants' Reply" and Plaintiff's Subsequent Addition to Plaintiff's Reply to Defendants' Reply, ECF No. 73, is **DENIED AS MOOT**.  It is further

**ORDERED** that this case is **DISMISSED**.  It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 29th day of August, 2022.

```
                                        REGGIE B. WALTON
                                        United States District Judge
```