# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-7094**  **September Term, 2022**

**1:20-cv-03109-RBW**

**Filed On:** December 2, 2022

Larry Elliott Klayman,

    Appellant

  v.

Julia Porter, et al.,

    Appellees

    **BEFORE:**   Katsas, Walker, and Childs, Circuit Judges

## O R D E R

Upon consideration of the motion to dismiss, the response thereto, and the reply; and the motion for summary reversal and the response thereto, it is

**ORDERED** that this appeal be dismissed as moot. The district court's June 29, 2022, interim order is no longer in effect now that the district court has issued a final decision in this case. Consequently, appellant's appeal of that interim order is now moot. See McBryde v. Comm. to Review, 264 F.3d 52, 55 (D.C. Cir. 2001) ("If events outrun the controversy such that the court can grant no meaningful relief, the case must be dismissed as moot."). It is

**FURTHER ORDERED** that the motion for summary reversal be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**