**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LARRY ELLIOT KLAYMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-3109 (RBW) |
| | ) | |
| JULIA PORTER, <u>et al.</u>, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| LARRY ELLIOT KLAYMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-3579 (RBW) |
| | ) | |
| JULIA PORTER, <u>et al.</u>, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| LARRY ELLIOT KLAYMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 21-965 (RBW) |
| | ) | |
| MATTHEW KAISER, <u>et al.</u>, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

Upon consideration of the Plaintiff Larry Klayman's Motion for Leave to File Surreply

and Surreply to Reply to Opposition to Defendants' Motion for Clarification and Enforcement of

Order Granting the Defendants' Motion for an Injunction Against Vexatious Litigation by Plaintiff and Reply to Opposition to Plaintiff's Cross Motion for Sanctions, ECF No. 106, it is hereby

 **ORDERED** that Plaintiff Larry Klayman's Motion for Leave to File Surreply, ECF No. 106, is **GRANTED**.  It is further

 **ORDERED** that the plaintiff's Surreply to Reply to Opposition to Defendants' Motion for Clarification and Enforcement of Order Granting the Defendants' Motion for an Injunction Against Vexatious Litigation by Plaintiff and Reply to Opposition to Plaintiff's Cross Motion for Sanctions, ECF No. 106, is **ACCEPTED AS FILED**.  It is further

 **ORDERED** the Clerk of Court shall forthwith mail a copy of this Order to the plaintiff's address on record.

 **SO ORDERED** this 12th day of January, 2023.

REGGIE B. WALTON
United States District Judge
