UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY ELLIOT KLAYMAN, ) ) Plaintiff, ) ) v. ) JULIA PORTER, et al., ) ) Defendants. ) | Civil Action No. 20-3109 (RBW) |
| LARRY ELLIOT KLAYMAN, ) ) Plaintiff, ) ) v. ) JULIA PORTER, et al., ) ) Defendants. ) | Civil Action No. 20-3579 (RBW) |
| LARRY ELLIOT KLAYMAN, ) ) Plaintiff, ) ) v. ) MATTHEW KAISER, et al., ) ) Defendants. ) | Civil Action No. 21-965 (RBW) |

**ORDER**

On September 25, 2023, the plaintiff filed his Motion to Disqualify the Honorable Reggie Walton Pursuant to 28 U.S.C. § 455 and 28 U.S.C. § 144 ("Pl.'s Mot."), ECF No. 114. The

plaintiff's motion primarily takes issue with this Court's legal rulings in its August 30, 2023 Order, ECF No. 111.  See Pl.'s Mot. at 1 ("Pursuant to 28 U.S.C. § 455 and 28 U.S.C. § 144, [the plaintiff] hereby moves to disqualify the Honorable Reggie Walton ("Judge Walton") in this matter as a result of his August 30, 2023 Order on Motion for Clarification, ECF No. 111[.]"); Pl.'s Mot. at 8 ("In sum, Judge Walton simply had no basis to go back and amend his Initial Order to now purportedly enjoin state court actions, as it is in direct violation of, and contradiction to, the Anti-Injunction Act.").  However, "judicial rulings alone almost never constitute a valid basis for a bias or partiality motion," Liteky v. United States, 510 U.S. 540, 555 (1994), and the plaintiff fails to provide a meaningful argument for how the Court's August 30, 2023 Order presents extrajudicial bias or prejudice—beyond rehashing the very arguments that he raised in his prior merits briefing.

As this Court already explained in its August 30, 2023 Order, there existed an "ambiguity regarding the scope of the pre-filing injunction imposed in its August 29, 2022 Order."  Order at 3 (Aug. 30, 2023).  More specifically, the Court's August 29, 2022 Order "expressly limit[ed] the application of the pre-filing injunction to 'new action[s], complaint[s], or claim[s] for relief' filed in 'federal court,'" Id. (second, third, and fourth alterations in original) (quoting Order at 2 (Aug. 29, 2022)), whereas the Court's memorandum opinion "enjoin[ed] the plaintiff from filing any new actions against, or serving any additional subpoenas on, the defendants, without 'first making application to and receiving the consent of this Court [or] any other court where [additional] litigation is proposed to be filed[,]'" Klayman v. Porter, 2022 WL 3715775, at *9 (D.D.C. Aug. 29, 2022) (second and third alterations in original) (quoting Defendants' Motion for an Injunction Against Vexatious Litigation by Plaintiff at 2, ECF No. 21).  As such, the Court "conclude[d] that modification [of the pre-filing injunction was] necessary to clarify the

discrepancies between portions of the Court's August 29, 2022 Memorandum Opinion and [its] Order[.]" Order at 6 (Aug. 30, 2023). However, the Court, "recognizing the potential for unfairness that could result [to the plaintiff] from the expansion of an injunction," did not "enjoin the Superior Court proceedings in Klayman v. Sataki, 2022 CAB 005235, in light of the ambiguity of the pre-filing injunction when the plaintiff filed that action." Id. at 5–6. Thus, the Court's rulings were favorable in part for the plaintiff, and clearly "do not evidence any extrajudicial bias or prejudice and are therefore insufficient to support a motion for recusal under section 144 or 455." Klayman v. Jud. Watch, Inc., 278 F. Supp. 3d 252, 258 (D.D.C. 2017); see also Bishay v. Harris, 2023 WL 2784840, at *1 n.1 (D.D.C. Apr. 5, 2023) (same). Therefore, the Court must deny the plaintiff's Motion to Disqualify the Honorable Reggie Walton Pursuant to 28 U.S.C. § 455 and 28 U.S.C. § 144, ECF No. 114. Accordingly, it is hereby

**ORDERED** that the plaintiff's Motion to Disqualify the Honorable Reggie Walton Pursuant to 28 U.S.C. § 455 and 28 U.S.C. § 144, ECF No. 114, is **DENIED**. It is further

**ORDERED** that the Clerk of Court shall forthwith mail a copy of this Order to the plaintiff's address on record.

**SO ORDERED** this 28th day of September, 2023.

REGGIE B. WALTON<br>United States District Judge